UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| LIBERTARIAN PARTY OF MAINE, INC., )<br>JORGE MADERAL, SUSAN POULIN, )<br>SHAWN LEVASSEUR, CHRISTOPHER LYONS, )<br>ERIC GRANT, AND CHARLES JACQUES, )<br>                      Plaintiffs    )<br>                      v.         )<br>MATTHEW DUNLAP, Secretary of State for the )<br>State of Maine; JULIE FLYNN, Deputy Secretary )<br>of State for the State of Maine; TRACY WILLETT,)<br>Assistant Director, Division of Elections; and )<br>MAINE DEPARTMENT OF THE SECRETARY )<br>OF STATE, )<br>                      Defendants    ) | Civil No. 2:16-cv-00002-JAW |

**JOINT MOTION FOR STAY AND
INCORPORATED MEMORANDUM OF LAW**

      Plaintiffs Libertarian Party of Maine ("LPME"), et al., and Defendants Secretary of State Matthew Dunlap, et al. ("Secretary of State"), hereby join in requesting that the Court stay further proceedings in this action until after the parties have an opportunity to pursue possible legislative solutions to the issues raised in this case. The grounds for this motion are more fully set forth below.

      At the hearing in May 2016 on Plaintiffs' motion to reconsider the Court's initial denial of Plaintiffs' motion for a preliminary injunction, the Court strongly encouraged the parties to come together to discuss possible legislative solutions to the particular concerns with Maine's existing party qualification process raised by the Court and the Plaintiffs. The Court observed that any declaratory judgment it might ultimately issue in this case would not tell Maine how to revise the current statutes. The Court outlined its concerns with the statute in more detail in its

1

Order, dated May 27, 2016, granting reconsideration and partially granting the preliminary injunction sought by Plaintiffs (ECF No. 37).

After the Court's May 27th Order, LPME succeeded in enrolling more than 487 voters by July 12, 2016, in accordance with the terms of the Court's Order, and LPME was certified by the Secretary of State as a qualified party in Maine on July 13, 2016. As a result, the Libertarian Party's presidential and vice presidential candidates will appear on the general election ballot in Maine in November 2016. Plaintiffs are not seeking any further relief with respect to ballot access for its candidates in the upcoming general election.

The parties have completed discovery. The next step under the current scheduling order (ECF No. 18) would be for the parties to file notices of intent to file summary judgment motions by August 16, 2016.

The Secretary of State believes strongly that the existing statutory framework for party qualification is constitutional, notwithstanding the Court's May 27, 2016 Order. Nonetheless, in light of that Order, the Secretary of State is developing legislative proposals to improve the existing party qualification process, and is discussing those proposals with Plaintiffs. The Secretary of State expects to submit legislation by no later than the cloture deadline of December 7, 2016 -- the day on which the next Legislature will convene its first regular session. *See* Me. Const. art. IV, pt. 3, § 1. Although the session officially begins on that day, the process of hearing, deliberating, and voting on proposed legislation will not begin until after the Legislature reconvenes on January 4, 2017. *Id.* Plaintiffs are free to submit legislation as well, if they do not fully endorse the Secretary of State's final proposal.

Rather than spend the Court's or the parties' time and resources preparing, litigating, and deciding cross-motions for summary judgment, which are due by the end of August 2016, both

parties believe it would be more productive to work on a resolution of the pending lawsuit by agreement, which may involve a commitment by the Secretary of State to propose certain legislative changes to the existing statutory requirements, as well as a settlement of Plaintiffs' claims for reasonable attorneys' fees and costs. If the parties are unsuccessful in their efforts to work out a resolution of the lawsuit by agreement, then they wish to reserve their respective rights to seek summary judgment.

    Accordingly, the parties jointly request a stay of this litigation until December 15, 2016, together with an order tolling all of the deadlines set forth in the Court's scheduling order. The parties are prepared to update the Court regarding the status of their efforts to resolve this matter at any time.

Dated: August 12, 2016                                              Respectfully submitted,

                                                                                   JANET T. MILLS
                                                                                   Attorney General

                                                                                   /s/ Phyllis Gardiner
                                                                                  PHYLLIS GARDINER
                                                                                  Assistant Attorney General
                                                                                  6 State House Station
                                                                                  Augusta, Maine  04333-0006
                                                                                  Tel.  (207) 626-8830
                                                                                  phyllis.gardiner@maine.gov

                                                                                  *Counsel for the Defendants*

                                                                                  /s/ John H. Branson
                                                                                  JOHN H. BRANSON, ESQ.
                                                                                  Branson Law Office, P.A.
                                                                                  482 Congress Street, Suite 304
                                                                                  P.O. Box 7526
                                                                                  Portland, Maine  04112-7526
                                                                                  Tel.  (207) 780-8611
                                                                                  jbranson@bransonlawoffice.com

                                                                                  *Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 12th day of August, 2016, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> JOHN H. BRANSON
> jbranson@bransonlawoffice.com

To my knowledge, there are no non-registered parties or attorneys participating in this case.

Dated:  August 12, 2016                    /s/ Phyllis Gardiner
                                           PHYLLIS GARDINER
                                           Assistant Attorney General
                                           Office of the Attorney General
                                           Six State House Station
                                           Augusta, ME 04333-0006
                                           Tel. (207) 626-8830